Stephen M. Feldman, OSB No. 932674
SFeldman@perkinscoie.com
Kristina J. Holm, OSB No. 112607
KJHolm@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

R. Charles Henn Jr. (*pro hac vice* pending)
chenn@kilpatricktownsend.com
Charles H. Hooker III (*pro hac vice* pending)
chooker@kilpatricktownsend.com
Jennifer Fairbairn Deal (*pro hac vice* pending)
jdeal@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
Telephone:  404.815.6500
Facsimile:  404.815.6555

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **ADIDAS AMERICA, INC.**, a Delaware corporation, and **ADIDAS AG**, a foreign entity,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>**RELIABLE KNITTING WORKS, INC. d/b/a RELIABLE OF MILWAUKEE**, a Wisconsin corporation,<br><br>　　　　　Defendant. | No. 3:15-cv-01217<br><br>**PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT**<br><br>Pursuant to Fed. R. Civ. P. 7.1 |

1-   PLAINTIFFS' CORPORATE DISCLOSURE
     STATEMENT

21184-0107/LEGAL126669348.1

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Pursuant to Fed. R. Civ. P. 7.1, counsel for plaintiffs provides the following statement:

Plaintiff adidas America, Inc. is wholly owned by adidas North America, Inc., which is a non-public Delaware corporation.

adidas North America, Inc. is wholly owned by plaintiff adidas AG.

Plaintiff adidas AG has no parent corporation. No publicly held corporation owns 10% or more of the stock of plaintiff adidas AG.

DATED: July 1, 2015

**PERKINS COIE LLP**

By: s/ Stephen M. Feldman
Stephen M. Feldman, OSB No. 932674
SFeldman@perkinscoie.com
Kristina J. Holm, OSB No. 112607
KJHolm@perkinscoie.com
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

R. Charles Henn Jr. (*pro hac vice* pending)
chenn@kilpatricktownsend.com
Charles H. Hooker III (*pro hac vice* pending)
chooker@kilpatricktownsend.com
Jennifer Fairbairn Deal (*pro hac vice* pending)
jdeal@kilpatricktownsend.com
**KILPATRICK TOWNSEND & STOCKTON LLP**
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
Telephone: 404.815.6500
Facsimile: 404.815.6555

Attorneys for Plaintiffs

2- PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT

21184-0107/LEGAL126669348.1

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222