Stephen M. Feldman, OSB No. 932674
SFeldman@perkinscoie.com
Kristina J. Holm, OSB No. 112607
KJHolm@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

R. Charles Henn Jr.
chenn@kilpatricktownsend.com
Charles H. Hooker III
chooker@kilpatricktownsend.com
Jennifer Fairbairn Deal
jdeal@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
Telephone:  404.815.6500
Facsimile:  404.815.6555

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **ADIDAS AMERICA, INC.**, a Delaware corporation, and **ADIDAS AG**, a foreign entity,<br><br>           Plaintiffs,<br><br>     v.<br><br>**RELIABLE KNITTING WORKS, INC. d/b/a RELIABLE OF MILWAUKEE**, a Wisconsin corporation,<br><br>           Defendant. | No. 3:15-cv-01217-PK<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

1-   NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

21184-0107/LEGAL127322509.1

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1), plaintiffs hereby voluntarily dismiss this action with prejudice and without costs or other award to any party. Defendant has yet to serve plaintiffs with an answer or with a motion for summary judgment. Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiffs may dismiss this action without order of the Court, by the filing of this Notice.

DATED: August 14, 2015

**PERKINS COIE LLP**

By: s/ Stephen M. Feldman
Stephen M. Feldman, OSB No. 932674
SFeldman@perkinscoie.com
Kristina J. Holm, OSB No. 112607
KJHolm@perkinscoie.com
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

R. Charles Henn Jr.
chenn@kilpatricktownsend.com
Charles H. Hooker III
chooker@kilpatricktownsend.com
Jennifer Fairbairn Deal
jdeal@kilpatricktownsend.com
**KILPATRICK TOWNSEND & STOCKTON LLP**
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
Telephone:  404.815.6500
Facsimile:  404.815.6555

Attorneys for Plaintiffs

2- NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

21184-0107/LEGAL127322509.1

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222