AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313–1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. 1116, you are hereby advised that a court action has been filed in the U.S. District Court for the District of Oregon on the following

☑ Trademarks or  ☐ Patents  ( ☐ the patent action involves 35 U.S.C. § 292):

| DOCKET NO.<br>3:15–cv–01217–PK | DATE FILED<br>7/1/2015 | U.S. DISTRICT COURT<br>District of Oregon | |
|---|---|---|---|
| PLAINTIFF<br>adidas America, Inc. | | DEFENDANT<br>Reliable Knitting Works, Inc. | |
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1  1,815,956 | 1/11/1994 | ADIDAS AG | |
| 2  1,833,868 | 5/3/1994 | ADIDAS AG | |
| 3  2,278,589 | 9/21/1999 | ADIDAS AG | |
| 4  3,029,129 | 12/13/2005 | ADIDAS–SALOMON AG | |
| 5  3,029,135 | 12/13/2005 | ADIDAS–SALOMON AG | |

In the above–entitled case, the following patent(s)/trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK — HOLDER OF PATENT OR TRADEMARK |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above–entitled case, the following decision has been rendered or judgment issued:

DECISION/JUDGMENT

Notice of Voluntary Dismissal

| CLERK<br>MARY L. MORAN | (BY) DEPUTY CLERK<br>G. Magnuson | DATE<br>8/17/2015 |
|---|---|---|

**Copy 1 Upon initiation of action, mail this copy to Director   Copy 3 Upon termination of action, mail this copy to Director**
**Copy 2 Upon filing document adding patent(s), mail this copy to Director   Copy 4 Case file copy**

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
|  |  |  |
| 870,136 | 4/2/1990 | ADIDAS AG |
| 961,353 | 6/19/1993 | ADIDAS AG |
| 2,016,963 | 11/19/1996 | ADIDAS AG |
| 2,058,619 | 5/6/1997 | ADIDAS AG |
| 2,278,591 | 9/21/1999 | ADIDAS AG |
| 2,284,308 | 10/12/1999 | ADIDAS-SALOMON AG |
| 2,909,861 | 12/14/2004 | ADIDAS-SALOMON AG |
| 2,999,646 | 9/27/2005 | ADIDAS-SALOMON AG |
| 3,029,127 | 12/13/2005 | ADIDAS-SALOMON AG |
| 3,063,742 | 2/28/2006 | ADIDAS INTERNATIONAL MARKETING B.V. |
| 3,063,745 | 2/2/2006 | ADIDAS INTERNATIONAL MARKETING B.V. |
| 3,087,329 | 5/2/2006 | ADIDAS-SALOMON AG |
| 3,183,656 | 12/12/2006 | ADIDAS AG |
| 3,183,663 | 12/12/2006 | ADIDAS AG |
| 3,236,505 | 5/1/2007 | ADIDAS AG |
| 1,674,229 | 2/4/1992 | ADIDAS AG |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |